Case 3:19-cr-00058-X Document 41   Filed 03/15/19   Page 1 of 3   PageID 75

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 15 2019
CLERK, U.S. DISTRICT COURT
Deputy

3:19-cr-58(3)

Judge Ramirez                                           3/8/19

My name is Samantha Swindell, I have a pending federal case and am in Kaufman County Jail awaiting court. I would like to request two things, a new public defender and a transfer of facilities. Currently, my public defender is Mr. Dan Wood. He has come to visit with me multiple times, which I appreciate, but each time he comes his answers seem to change. I have asked for other options and offered possible defenses due to my drug problem, physcological issues and fact I have never been on probation which he has denied and has brushed off. He told me I'd be doing 0-6 months, now saying I'll be doing up to 5 years in a matter of 3 meetings even before pleading Not Guilty and him recieving my discovery. I feel blind going through this, unaware why I am doing what I'm doing. I have pending state charges, but I have never been through the motions because I had no courtdate for them yet. I'm unaware how this stuff works, especially on a federal level and feel he's not offering the assistant a 20 year old defendant should have. Also, on the morning of March 7th, I had a interview and a chance chance to cooperate with my prosecutor which Mr. Wood admitted to have slept through. This case is concerning my life, and it was an important interview which was very intimidating with two prosecutors and two agents from the Secret Service and North Texas Task Force incharge of my case. I was paying attention to the prosecutor, so I wasn't watching Dan Wood so there's no telling how long he was in and out of sleep. He said two things the entire three hours and one of them saying he was falling asleep and would keep pinching himself if the agents had more questions. I feel like I should have my lawyers full attention during such an important time and his input on how to make it through the interview. It seems as if my case is not a priority to him, but it's my life we're talking about, so to me its very important

I am requesting a transfer from Kaufman County Jail due to the lack of assistant and continuously getting sick. I have very severe allergies that cause me to get sick, fever, eyes swollen, throwing up, etc. The dust from the vents come directly from the outside, which we sweep up every morning. I would not complain if I got the medical attention I requested. I had sent in a request of my throat hurting, nose running and 2 large knots on my head due to hitting it on the bunks and have never been seen by the nurse or doctor. When you ask a guard for tampons or a request form, it can take three hours for them to bring anything. From the window, you can see right into their office where they sit back and talk, not watching the inmates or cameras. This past week, the inmates and trustees were found to have been distributing meth throughout the facility for a month or more without the guards knowledge. I feel the guards are lacking in the ability to actually guard and with my medical issues of extremely severe allergies and PCOS, they also lack in the ability to take care of my medical needs.

I hope you take my requests into consideration. Thank you for your time and concern!

Samantha Swindell                March 8th, 2019

Kaufman County Jail
PO Box 849
Kaufman, Texas 75142

Samantha Swindell
Kaufman County Jail
PO Box 849
Kaufman, Texas 75142

Judge Magistrate Ramirez
1100 Commerce St. Rm #1567
Dallas, Texas 75242

NORTH TEXAS TX PDC
DALLAS TX 750
11 MAR 2019 PM 1 L

INMATE

FOREVER / USA
Barn Swallow

75242-106192

78